IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOVONE ROMAN,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>Defendant. | CV 19-52-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Plaintiff has filed a motion for extension of time to file an opening brief. (Doc. 18.) Good cause appearing, **IT IS ORDERED** that Plaintiff's opening brief shall be filed no later than **November 6, 2019**. Defendant's response brief must be filed within thirty (30) days after the Plaintiff's brief. Plaintiff's reply brief, if any, must be filed within fourteen (14) days after Defendant's response brief is filed.

DATED this 4th day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge