IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOVONE ROMAN,<br><br>            Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>           Defendant. | CV 19-52-BLG-SPW-TJC<br><br>**ORDER EXTENDING TIME** |

On October 4, 2019, the Court granted Plaintiff's motion for extension of time to file an opening brief. (Doc. 20.) Plaintiff's brief was due on November 6, 2019, but to date no brief has been filed. It has come to the Court's attention, however, that Plaintiff may not have been served with the Court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have until **December 16, 2019** to file her opening brief. Defendant's response brief must be filed within thirty (30) days after Plaintiff's brief. Plaintiff's reply brief, if any, must be filed within fourteen (14) days after Defendant's response brief is filed.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this order to Plaintiff at:

/ / /

/ / /

Jovone Roman
3536 Monad Road Apt. 9
Billings, MT 59102

DATED this 14th day of November, 2019.

                                               _____
                                               TIMOTHY J. CAVAN
                                               United States Magistrate Judge